UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT DALE BOLT, SR.,

        Petitioner,

Case No. 1:05-CV-299

v.

Hon. Richard Alan Enslen

BARBARA BOUCHARD and
MICHIGAN ATTORNEY GENERAL,

**FINAL ORDER**

        Respondents.
_____/

In accordance with the Opinion of today's date;

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt. No. 11) are **DENIED**, the Report and Recommendation (Dkt. No. 9) is **ADOPTED**, the Petition for Writ of *Habeas Corpus* (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**, and a certificate of appealability is **DENIED** as to all issues raised in the Petition.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>    August 4, 2005 |  /s/ Richard Alan Enslen     <br>RICHARD ALAN ENSLEN<br>UNITED STATES DISTRICT JUDGE |